IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: November 2, 2011 |
| Court Reporter: Paul Zuckerman | |
| Probation Officer: Lisa Pence | |

Criminal Action No. 11-cr-00151-MSK

*Parties*:  *Counsel*:

UNITED STATES OF AMERICA,    Pegeen Rhyne

    Plaintiff,

v.

MARK F. BISHOP,    Gregory Goldberg
    Jason Crow

    Defendant.

---

### SENTENCING MINUTES
---

**11:07 a. m.    Court in session**.

Defendant present on bond.

**Change of Plea Hearing on August 22, 2011. Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The Government **does** dispute the facts contained in the presentence report. It intends to present evidence.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #27)** Argument.

**Witness sworn for the Government : Brian Peterson :**
**11:23 a..m.**    Direct Examination by Ms. Rhyne.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

**EXHIBITS: Received:**    1, 2, 4

Cross examination of witness by Mr. Crow.

No re-direct examination of witness.

No further evidence.

Allocution. - Statements made by:  The Government, defendant and defense counsel.

The victims or victims were given an opportunity to make statements with regard to sentencing.

**12:07 p.m.**    **Court in recess**
**1:37 p.m.**     **Court in session**

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

**ORDER:**        Defendant's Motion for Non-Guideline Sentence (Variance)  **(Doc. #27)** is **GRANTED in part and DENIED in part.**

**ORDER:**        Motion of Forfeiture of Property (**Doc. #33**) is **GRANTED.**

**ORDER:**        **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**        Defendant shall surrender to the halfway house designated by the United States Bureau of Prisons within 21 days of the designation.  The Court recommends that the self report date be on or after December 12, 2011.

**ORDER:**        Bond will be exonerated upon entry of judgment.

**2:06 p.m.**     **Court in recess.**

Total Time:    1 hour 29 minutes.
Hearing concluded.