UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 11-cr-00151-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARK F. BISHOP,

    Defendant.

_____

## PRELIMINARY ORDER OF FORFEITURE FOR SUBSTITUTE ASSETS
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for Substitute Assets **(#42)** pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises FINDS:

On August 22, 2011, the United States and defendant Mark F. Bishop entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. 981(a)(1)(C) and 28 U.S.C. 2461(c) and Rule 32.2(b) of the Federal Rules of Criminal Procedure. (Doc. 21).

On November 2, 2011, the Court entered a Forfeiture Money Judgment in the amount of $61,199.61against defendant Mark F. Bishop. (Doc. 35).

THAT the United States has met the factors articulated in 21 U.S.C. § 853(p) to establish forfeiture of substitute assets.

THAT the substitute asset, identified below, belonging to the defendant are to be forfeited and applied to the defendant's forfeiture money judgment totaling $61,199.61.

THAT the United States does not seek to forfeit more than the $61,199.61 money judgment.

The substitute asset to be forfeited is the defendant's interest in 480 Yuma LLP.

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED** that for good cause shown, the United States' motion is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), and Rule 32.2(e)(1)(B), defendant Mark F. Bishop's interest in the substitute asset identified above is hereby forfeited to the United States for disposition according to law. Such forfeiture shall apply to the defendant's forfeiture money judgment in the amount of $61,199.61.   The Court retains jurisdiction pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure to enter any further orders necessary for the forfeiture and disposition of the referenced substitute asset, and to entertain any third party claims that may be asserted in these proceedings.

DATED this 14th day of March, 2012.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge